UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYLE DAMOND JONES, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 3:20-CV-3025-X-BH |
| DALLAS COUNTY, | § § § | |
| *Defendant*. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 9]. Jones filed an objection. In two paragraphs, he did not address the findings, conclusions, and recommendation, and instead, he argued that the Magistrate Judge is not qualified for her job. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

1

**IT IS SO ORDERED** this 14th day of February 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE